UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

NELVIN ELEAZAR MIRANDA-MEJIA,

     Petitioner,

    v.                                                                      CAUSE NO. 3:26cv735 DRL-SJF

BRIAN ENGLISH,

     Respondent.

## ORDER

The respondent, by counsel, filed a notice certifying that he has complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on supervised release on June 25, 2026. ECF 12. The court entered the order granting habeas relief on June 24, 2026. ECF 10.

For these reasons, the court DIRECTS the clerk to enter judgment consistent with the order granting habeas relief (ECF 10) and to close this case.

SO ORDERED.

July 6, 2026                                                             s/ Damon R. Leichty
                                               Judge, United States District Court